*Thursday, December 28, 2000*

## MOTION DOCKET

**00–1154. Jones v. Ashland Chem. Co.**

Franklin App. No. 99AP–764. On December 21, 2000, *amicus curiae* the Ohio Chemistry Technology Council filed an amicus brief in accordance with S.Ct.Prac.R. VI(6). The *amicus curiae* also filed a supplement to the brief. Under S.Ct.Prac.R. VII(1), parties to a civil case on appeal file the supplement to the briefs. Whereas there is no leave granted to *amicus curiae* to file a supplement to its brief,

IT IS ORDERED by the court, *sua sponte*, that the supplement to the *amicus curiae* brief filed by the *amicus curiae* be, and hereby is, stricken.

*Friday, December 29, 2000*

## MOTION DOCKET

**98–1209. State v. Sanders.**

Hamilton App. No. C–960253. Upon consideration of appellant's sixth motion to supplement the record,

IT IS ORDERED by the court that the motion to supplement the record be, and hereby is, granted.

IT IS FURTHER ORDERED by the court that appellant's counsel file a duplicate of the tape recording of Tunnel Tape 60 for inclusion in the record within ten days of the date of this entry.

**99–2216 and 00–56. Mayer v. Bristow.**

Crawford App. No. 3–98–29. On motion for Civ.R. 11 sanctions. Motion denied.

COOK and LUNDBERG STRATTON, JJ., not participating.

## MISCELLANEOUS DISMISSALS

**00–1908. State v. Skidmore.**

Warren App. No. CA99–12–137. This cause is pending before the court as a discretionary appeal and claimed appeal of right. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction, due December 22, 2000, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this case with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is dismissed, *sua sponte.*